NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL JAMES STERLACE,
DOC #S28114,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

Case No. 2D18-2182

Opinion filed March 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.

PER CURIAM.

        Affirmed.

SILBERMAN, SLEET, and SMITH, JJ., Concur.